

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

No. 07-15-00190-CV

IN THE INTEREST OF K.E.M., A CHILD

On Appeal from the County Court at Law No. 2
Randall County, Texas
Trial Court No. 11103-L2, Honorable Jack M. Graham, Presiding

August 28, 2015

MEMORANDUM OPINION

Before CAMPBELL and HANCOCK and PIRTLE, JJ.

E.G.M. Sr. appeals the order of the trial court terminating his parental rights to K.E.M. E.G.M. Sr.'s appointed counsel has filed a brief in conformity with *Anders v. California* rendering her professional opinion that any issue that could be raised on appeal is frivolous and without legal merit. *See* 386 U.S. 738, 87 S. Ct. 1396, 18 L. Ed. 2d 493 (1967). E.G.M. Sr.'s counsel avers that she has zealously reviewed the record in this matter and can find no arguable points of appeal. Counsel has filed a motion to withdraw and provided E.G.M. Sr. with a copy of the brief. Further, counsel has advised E.G.M. Sr. that he has the right to file a *pro se* response to the *Anders* brief. The Court has likewise advised E.G.M. Sr. of this right. Additionally, E.G.M. Sr.'s counsel has

certified that she has provided appellant with a copy of the record to use in preparation of a *pro se* response. *See Kelly v. State*, 436 S.W.3d 313, 321–22 (Tex. Crim. App. 2014). E.G.M. Sr. has not favored the Court with a response.

This Court has long held that an appointed attorney in a termination case might discharge her professional duty to her client by filing a brief in conformity with the *Anders* process. *See In re A.W.T.*, 61 S.W.3d 87, 88–89 (Tex. App.—Amarillo 2001, no pet.). Likewise, other intermediate appellate courts have so held. *See Sanchez v. Tex. Dep't of Family and Protective Servs.*, No. 03-10-00249-CV, 2011 Tex. App. LEXIS 2162, at *1 (Tex. App.—Austin Mar. 24, 2011, no pet.) (mem. op.); *In re L.K.H*, No. 11-10-00080-CV, 2011 Tex. App. LEXIS 1706, at *2–4 (Tex. App—Eastland Mar. 10, 2011, no pet.) (mem. op.); *In re D.D.*, 279 S.W.3d 849, 849–50 (Tex. App.—Dallas 2009, pet. denied); *In re D.E.S.*, 135 S.W.3d 326, 326–27 (Tex. App.—Houston [14th Dist.] 2004, no pet.).

We have conducted our own review of the record in this matter and have come to the conclusion that there are no arguable points of appeal. *See In re A.W.T.*, 61 S.W.3d at 89. We, therefore, grant counsel's motion to withdraw. We remind counsel that E.G.M. Sr. has the right to file a *pro se* petition for review with the Texas Supreme Court. Finally, having found no arguable points of appeal requiring reversal, we affirm the judgment of the trial court.

Mackey K. Hancock
Justice